**Dismiss and Opinion Filed March 20, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00250-CR

**JEFFREY ADAMS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-45769-V**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Lang

Jeffrey Adam pleaded guilty to failure to register as a sex offender. Pursuant to a plea agreement, the trial court sentenced appellant to two years' imprisonment. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 218–20 (Tex. Crim. App. 2000). The trial court certified both that the case involves a plea bargain and appellant does not have the right to appeal and that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140250F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JEFFREY ADAMS, Appellant

No. 05-14-00250-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-45769-V.
Opinion delivered by Justice Lang, Justices Moseley and Francis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 20th day of March, 2014.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE